USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-30-12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
Elizabeth Leonard,

                                    Plaintiff(s),          11 Civ. 7616 (PKC)
  -against-

                                                                     ORDER OF DISMISSAL
Midland Funding, LLC, et al.,

                                  Defendant(s).
-----------------------------------------------------------x

P. KEVIN CASTEL, U.S. District Judge:

       The Court having been advised that all claims asserted herein have been settled, it is

       **ORDERED,** that the above-entitled action be and is hereby dismissed and discontinued without costs, and without prejudice to the right to reopen the action within forty-five (45) days if the settlement is not consummated. Any pending motions are moot. All conferences are vacated.

                                                                       _____
                                                                             P. Kevin Castel
                                                                          United States District Judge

Dated:   New York, New York
             May 29, 2012